945 A.2d 1283

Calvin HOFFELD

v.

SHEPHERD ELECTRIC CO., INC.

No. 106, Sept. Term, 2007.

Court of Appeals of Maryland.

April 10, 2008.

Kimberly A. Kline (King-Garappolo & Kline, LLC, Baltimore), on brief, for petitioner.

Donald J. Walsh (Offit Kurman, PA, Owings Mills), on brief, for respondent.

James Edward Rubin, Rubin Employment Law Firm, P.C., Julie Glass Martin-Korb, Rockville, amici curiae.

Argued before BELL, C.J., RAKER, HARRELL, BATTAGLIA, GREENE, JOHN C. ELDRIDGE (Retired, Specially Assigned), and DALE R. CATHELL (Retired, Specially Assigned), JJ.

## PER CURIAM ORDER.

The petition for writ of certiorari in the above-entitled case having been granted and argued, it is this 10th day of April, 2008,

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.